235 So.2d 94

## CITY OF NEW ORLEANS

v.

## Calvin RICHARDS.

**No. 50604.**

May 15, 1970.

Application denied. The showing made does not warrant the relief sought.

235 So.2d 94

## Joseph A. POPICH

v.

## FIDELITY AND DEPOSIT CO. OF MARYLAND.

## H. Bennett FOX

v.

## Joseph A. POPICH.

**No. 50504.**

May 25, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ granted but limited to the issue of attorney's fees. In all other respects, the application is refused.